**STATE OF LOUISIANA**     \*     **NO. 2019-K-0863**

**VERSUS**     \*     **COURT OF APPEAL**

**MICHAEL TATE**     \*     **FOURTH CIRCUIT**

    \*     **STATE OF LOUISIANA**

    \*

    \*

\* \* \* \* \* \* \*

**CHASE, J., DISSENTS**

I respectfully dissent and would deny the writ.